United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  INLANDBOATMEN'S UNION OF THE           No. C-06-2152 MMC
    PACIFIC, MARINE DIVISION, ILWU,
12                                         **ORDER OF REFERRAL**
              Plaintiff,
13      v.

14  FRAN MAINELLA, et al.,

15           Defendants
    _____/
16

17        The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to

18  District Judge Claudia Wilken for consideration of whether the case is related to

19  International Organization of Masters Mates and Pilots v. National Park Service, C-06-2107

20  CW.  (See Notice of Related Case, filed March 28, 2006 in C-06-2152.)

21        **IT IS SO ORDERED.**

22

23  Dated: March 30, 2006

24                                         MAXINE M. CHESNEY
                                           United States District Judge
25

26

27

28