IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL ORGANIZATION OF MASTERS, MATES AND PILOTS, PACIFIC MARITIME REGION,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL PARK SERVICE, et al.,<br><br>    Defendants.<br>_____/ | No. C 06-2107-CW |
| INLANDBOATMEN'S UNION OF THE PACIFIC, MARINE DIVISION, ILWU,<br><br>    Plaintiff,<br><br>  v.<br><br>FRAN MAINELLA, et al.,<br><br>    Defendants.<br>_____/ | No. C 06-2152-CW (RELATED CASE)<br><br>ORDER ON PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION AND ORDER STAYING CASE |

    Plaintiffs International Organization of Masters, Mates and Pilots, Pacific Maritime Region (MM&P) and Inlandboatmen's Union of

the Pacific, Marine Division, ILWU (IBU) separately move for preliminary injunctions, seeking to stop Defendants National Park Service (NPS) and NPS Director Fran Mainella from awarding a concession contract to Intervener Hornblower Yachts.  Plaintiffs contend that this contract is in violation of the McNamara-O'Hara Service Contract Act (SCA), 41 U.S.C. § 351.  Defendants and Intervener oppose these motions.  The matter was heard on April 28, 2006.  Having considered all of the papers filed by the parties and oral argument on the motions, and for reasons expressed in a written order to follow, the Court finds that Plaintiffs likely will succeed on the merits and their members likely will be imminently and irreparably harmed if a preliminary injunction is not granted.

Accordingly, Defendants are preliminarily enjoined from awarding a contract, for the continuation of water transportation services between the City of San Francisco, California and Alcatraz Island and related services, that permits any contractor or subcontractor under it to pay its employees providing services under such contract less than the wages and fringe benefits specified in Plaintiffs' collective bargaining agreements with Blue and Gold Fleet, LLP, including any prospective increases in wages and fringe benefits specified in such collective bargaining agreements.

Plaintiff MP&P's Motion for Preliminary Injunction (Docket No. 7) is GRANTED.  Plaintiff IBU's Motion for Preliminary Injunction (Docket No. 10) is GRANTED in part, as stated above.  This case is stayed pending the Department of Labor's determination

1  of whether the SCA applies to the concession contract at issue.
2  The parties shall notify the Court within ten days after the
3  Department of Labor's determination.  This injunction does not
4  prevent a contractor or subcontractor from seeking a variance from
5  the Department of Labor.  If a variance is granted, Defendants may
6  move to vacate the preliminary injunction.
7       IT IS SO ORDERED.

9  Dated: 5/1/06

10                                      CLAUDIA WILKEN
                                        United States District Judge

3