United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL ORGANIZATION OF MASTERS, MATES AND PILOTS, PACIFIC MARITIME REGION,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL PARK SERVICE, et al.,<br><br>    Defendants.<br>_____/<br><br>ALCATRAZ CRUISES LLC,<br><br>    Intervenor.<br>_____/<br><br>INLANDBOATMEN'S UNION OF THE PACIFIC, MARINE DIVISION, ILWU,<br><br>    Plaintiff,<br><br>    v.<br><br>FRAN MAINELLA, et al.,<br><br>    Defendants.<br>_____/<br><br>ALCATRAZ CRUISES LLC,<br><br>    Intervenor.<br>_____/ | No. C 06-2107-CW<br><br>No. C 06-2152-CW<br>(RELATED CASE)<br><br>ORDER DENYING INTERVENOR'S MOTION TO CHANGE TIME |

Intervenor Alcatraz Cruises LLC moves to shorten time,

1 requesting that the Court hear its motion to transfer on Monday,
2 September 18, 2006.  Intervenor argues that the jurisdiction issues
3 it raises in its motion to transfer must be decided before the
4 issues Plaintiff Inlandboatmen's Union of the Pacific, Marine
5 Division (IBU) raises in its motion to modify.  On September 7,
6 2006, however, the Court denied Plaintiff IBU's motion to modify
7 and ruled that it did have jurisdiction.

8     Having considered Intervenor's motion, and good cause not
9 appearing, the Court DENIES Intervenor's Motion to Change Time
10 (Docket No. 64 in 06-2107; Docket No. 82 in 06-2152) without
11 prejudice to renoticing pursuant to Civil Local Rule 7-2(a).

12     IT IS SO ORDERED.

14 Dated: 9/12/06

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

2