```
ROBERT S. REMAR (SBN 100124)
ELEANOR MORTON (SBN 220407)
LEONARD CARDER, LLP
1188 Franklin St., Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400
Fax: (415) 771-7010

Attorneys for Plaintiff International Organization of Masters,
Mates and Pilots, Pacific Maritime Region
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL ORGANIZATION OF MASTERS, MATES AND PILOTS, PACIFIC MARITIME REGION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL PARK SERVICE, et al.<br><br>　　　　Defendants. | **Case No. C-06-2107-CW**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 19, 2007** |
| INLANDBOATMEN'S UNION OF THE PACIFIC, MARINE DIVISION, ILWU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRAN MAINELLA, et al.,<br><br>　　　　Defendants. | **Case No. C-06-02152 CW**<br><br>**(Related Case)** |

The parties herein, through their respective counsel, stipulate as follows:

1

*STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 19, 2007*
*Civil Nos. C-06-2107CW & 06-2152 CW*

WHEREAS a Case Management Conference in these related cases is scheduled for January 19, 2007;

WHEREAS Alcatraz Cruises has appealed the September 15, 2006, opinion of the Wage and Hour Administrator, Department of Labor, holding that the Service Contract Act applies to the Alcatraz Concessions contract, to the Administrative Review Board, Department of Labor, and said appeal is pending;

WHEREAS Blue and Gold Fleet appealed the decision of the U.S. Court of Federal Claims in Blue & Gold Fleet v. United States, 70 Fed. Cl. 487 (2006), to the Federal Circuit and oral argument was held on January 9, 2007, and the matter is now under submission; and

WHEREAS the parties do not believe a Case Management Conference would be productive at this time;

NOW THEREFORE, the parties stipulate that the Case Management Conference be rescheduled to April 20, 2007 at 1:30 p.m..  The parties further stipulate that they will notify the Court if either the Administrative Review Board or the Federal Circuit reach a final decision during this time.

                                             Respectfully submitted,

DATED: 1/12/07                  LEONARD CARDER, LLP
                                        ROBERT S. REMAR
                                        ELEANOR MORTON

                                        By: s/ Eleanor Morton
                                             Eleanor Morton

                                        Attorneys for Plaintiff MM&P

2

*STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 19, 2007*
*Civil Nos. C-06-2107CW & 06-2152 CW*

DATED: 1/12/07

SCHWERIN CAMPBELL BARNARD LLP
LARRY SCHWERIN
DMITRI IGLITZIN

By: s/ Dmitri Iglitzin
     Dmitri Iglitzin

Attorneys for Plaintiff IBU

DATED: 1/12/07

KEVIN V. RYAN
United States Attorney


s/ James A. Coda
JAMES A. CODA
Assistant United States Attorney

Attorneys for Federal Defendants

DATED: 1/12/07

WINSTON & STRAWN, LLP
CHARLES BIRENBAUM
ROBERT SPAGAT

By: s/ Robert Spagat
     Robert Spagat

Attorneys for Intervenor
ALCATRAZ CRUISES LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1/17/07

*[signature: Claudia Wilken]*

CLAUDIA WILKEN
United States District Judge

3

*STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 19, 2007*
*Civil Nos. C-06-2107CW & 06-2152 CW*