ROBERT S. REMAR (SBN 100124)
ELEANOR MORTON (SBN 220407)
LEONARD CARDER, LLP
1188 Franklin St., Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400
Fax: (415) 771-7010

Attorneys for Plaintiff International Organization of Masters,
Mates and Pilots, Pacific Maritime Region

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL ORGANIZATION OF MASTERS, MATES AND PILOTS, PACIFIC MARITIME REGION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE, et al.<br><br>Defendants. | **Case No. C-06-2107-CW**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR APRIL 20, 2007** |
| INLANDBOATMEN'S UNION OF THE PACIFIC, MARINE DIVISION, ILWU,<br><br>Plaintiff,<br><br>v.<br><br>FRAN MAINELLA, et al.,<br><br>Defendants. | **Case No. C-06-02152 CW**<br><br>**(Related Case)** |

The parties herein, through their respective counsel, stipulate as follows:

WHEREAS a Case Management Conference in these related cases is scheduled for April 20, 2007;

WHEREAS Alcatraz Cruises has appealed the September 15, 2006, opinion of the Wage and Hour Administrator, Department of Labor, holding that the Service Contract Act applies to the Alcatraz Concessions contract, to the Administrative Review Board, Department of Labor and said appeal is still pending and will not be fully briefed until May 21, 2007;

WHEREAS Blue and Gold Fleet appealed the decision of the U.S. Court of Federal Claims in *Blue & Gold Fleet v. United States*, 70 Fed. Cl. 487 (2006), to the Federal Circuit and the matter is still under submission; and

WHEREAS the parties do not believe a Case Management Conference would be productive at this time;

NOW THEREFORE, the parties stipulate that the Case Management Conference be rescheduled to July 24, 2007.  The parties further stipulate that they will notify the Court if either the Administrative Review Board or the Federal Circuit reach a final decision during this time.

                                                Respectfully submitted,

DATED: April 16, 2007            LEONARD CARDER, LLP
                                          ROBERT S. REMAR
                                          ELEANOR MORTON

                                            By: s/ Eleanor Morton
                                                 Eleanor Morton

                                           Attorneys for Plaintiff MM&P

| | |
|---|---|
| DATED: April 16, 2007 | SCHWERIN CAMPBELL BARNARD LLP<br>LARRY SCHWERIN<br>DMITRI IGLITZIN<br><br>By: s/ Dmitri Iglitzin<br>    Dmitri Iglitzin<br><br>Attorneys for Plaintiff IBU |
| DATED: April 16, 2007 | SCOTT N. SCHOOLS<br>United States Attorney<br><br> s/ Letitia R. Kim<br>LETITIA R. KIM<br>Assistant United States Attorney<br><br>Attorneys for Federal Defendants |
| DATED: April 16, 2007 | WINSTON & STRAWN, LLP<br>CHARLES BIRENBAUM<br>ROBERT SPAGAT<br><br>By: s/ Robert Spagat<br>    Robert Spagat<br><br>Attorneys for Intervenor<br>ALCATRAZ CRUISES LLC |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/18/07

*/s/ Claudia Wilken*
_____
CLAUDIA WILKEN
United States District Judge