SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEPHEN L. JOHNSON (CSBN 145771)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7161
    FAX: (415) 436-7169
    stephen.johnson1@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERNATIONAL ORGANIZATION OF MASTERS, MATES AND PILOTS, PACIFIC MARITIME REGION,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE, ET AL.,<br><br>    Defendants. | No. C 06-2107 CW |
| INLANDBOATMAN'S UNION OF THE PACIFIC, MARINE DIVISION, ILWU,<br><br>    Plaintiff,<br><br>v.<br><br>FRAN MAINELLA, ET AL.,<br><br>    Defendants. | No. C 06-2152 CW<br><br>**(Related Cases)**<br><br>**ORDER APPROVING STIPULATION TON CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR OCTOBER 30, 2007** |

The Court, having considered the stipulation to continue Case Management Conference

Scheduled for October 30, 2007 to March 4, 2008, and good cause appearing, hereby ORDERS

[proposed] ORDER APPVG STIPULATION
C 06-2107 CW

as follows:

1. The continued Case Management Conference shall be heard on to March 4, 2008, at 2:00 p.m.

2. A joint, continued Case Management Conference statement should be submitted by February 26, 2008.

3. The parties should notify the Court if the Administrative Review Board reaches a final decision during the interim.

IT IS SO ORDERED.

DATED: 10/24/07

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

[proposed] ORDER APPVG STIPULATION
C 06-2107 CW