JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEPHEN L. JOHNSON (CSBN 145771)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7161
   FAX: (415) 436-7169
   stephen.johnson1@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERNATIONAL ORGANIZATION OF MASTERS, MATES AND PILOTS, PACIFIC MARITIME REGION,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL PARK SERVICE, ET AL.,<br><br>    Defendants. | **No. C 06-2107 CW** |
| INLANDBOATMAN'S UNION OF THE PACIFIC, MARINE DIVISION, ILWU,<br><br>    Plaintiff,<br><br>    v.<br><br>FRAN MAINELLA, ET AL.,<br><br>    Defendants. | **No. C 06-2152 CW**<br><br>**(Related Cases)**<br><br>**ORDER APPROVING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 15, 2009**<br><br>**TO <u>JUNE 23, 2009</u>** |

    The Court, having considered the stipulation to continue Case Management Conference Scheduled for January 15, 2009 to June 23, 2009, and good cause appearing, hereby ORDERS as

follows:

    1.       The continued Case Management Conference shall be heard on to June 23, 2009, at 2:00 p.m.;

    2.       A joint, continued Case Management Conference statement should be submitted by June 16, 2009; and

    3.       The parties should notify the Court if the Administrative Review Board reaches a final decision during the interim.

IT IS SO ORDERED.

DATED: 1/8/09

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

[proposed] ORDER APPVG STIPULATION
C 06-2107 CW                    -2-