JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEPHEN L. JOHNSON (CSBN 145771)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7161
    FAX: (415) 436-7169
    stephen.johnson1@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERNATIONAL ORGANIZATION OF MASTERS, MATES AND PILOTS, PACIFIC MARITIME REGION,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE, ET AL.,<br><br>    Defendants. | **No. C 06-2107 CW** |
| INLANDBOATMAN'S UNION OF THE PACIFIC, MARINE DIVISION, ILWU,<br><br>    Plaintiff,<br><br>v.<br><br>FRAN MAINELLA, ET AL.,<br><br>    Defendants. | **No. C 06-2152 CW**<br><br>**(Related Cases)**<br><br>**JUDGMENT OF PERMANENT INJUNCTION** |

       The parties having filed a stipulation for entry of judgment of permanent injunction on June 17, 2009, and good cause appearing, the court approves the stipulation.  Judgment is

1  entered consistent with the terms of that stipulation.

2  It is so ORDERED, ADJUGED and DECREED.

3

4

5  Dated: 6/19/09

   _____
   CLAUDIA WILKEN
6  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28