ROBERT S. REMAR (SBN 100124)
ELEANOR MORTON (SBN 220407)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Telephone: 415/771-6400
Facsimile: 415/771-7010

Attorneys for Plaintiff
INTERNATIONAL ORGANIZATION OF MASTERS,
MATES, AND PILOTS, PACIFIC MARITIME REGION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL ORGANIZATION OF MASTERS, MATES, AND PILOTS, PACIFIC MARITIME REGION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE, et al.,<br><br>Defendants. | Case No. C-06-2107-CW<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE AND SETTING BREIFING SCHEDULE FOR MOTION FOR ATTORNEYS FEES AND COSTS AS MODIFIED** |

Plaintiff International Organization of Masters, Mates and Pilots, Pacific Maritime Region ("MM&P") and Defendants National Park Service and its Director ("Defendants"), by through their respective counsel, stipulate and agree as follows:

WHEREAS, MM&P intends to seek attorneys fees and costs from Defendants in this action in view of the stipulated judgment entered by the Court on June 19, 2009;

1

WHEREAS, under the Local Rules of this Court, Plaintiff's motion for attorneys fees and costs must be filed no later than July 3, 2009;

WHEREAS, the parties are meeting and conferring in an effort to resolve the attorneys fee dispute without a motion, but the parties require additional time to try to reach an agreement;

NOW THEREFORE, the parties stipulate and agree that MM&P shall have until July 17, 2009 to move for attorneys' fees and costs; Defendants shall have until July 27, 2009 to file a response, and Plaintiff shall have until August 7, 2009 to file a reply.

Respectfully submitted,

DATED:   June 24, 2009            LEONARD CARDER, LLP
                                  ROBERT S. REMAR
                                  ELEANOR MORTON

                                  By:  /s/ Eleanor Morton
                                       Eleanor Morton
                                  Attorneys for Plaintiff MM&P

DATED:   June 24, 2009            JOSEPH R. RUSSONIELLO
                                  United States Attorney

                                   /s/ Stephen Johnston
                                  STEPHEN JOHNSTON
                                  Assistant United States Attorney
                                  Attorneys for Federal Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **THE MOTION WILL BE DECIDED ON THE PAPERS.**

6/30/09

                                  _____
                                  HON. CLAUDIA WILKEN
                                  United States District Judge

2

**STIPULATED AND [PROPOSED] ORDER EXTENDING           Case No. C-06-2107-CW
DEADLIN AND SETTING BREIFING SCHEDULE FOR
MOTION FOR ATTORNEYS FEES AND COSTS**