ROBERT S. REMAR (SBN 100124)
ELEANOR MORTON (SBN 220407)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Telephone: 415/771-6400
Facsimile: 415/771-7010

Attorneys for Plaintiff
INTERNATIONAL ORGANIZATION OF MASTERS,
MATES, AND PILOTS, PACIFIC MARITIME REGION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL ORGANIZATION OF MASTERS, MATES, AND PILOTS, PACIFIC MARITIME REGION,<br><br>　　　Plaintiff,<br><br>v.<br><br>NATIONAL PARK SERVICE, et al.,<br><br>　　　Defendants. | Case No. C-06-2107-CW<br><br>**JUDGMENT FOR ATTORNEYS FEES AND COSTS** |

　　　The parties having filed a stipulation for entry of judgment for attorneys fees and costs, and good cause appearing, the Court approves the stipulation.  Judgment is entered consistent with the terms of that stipulation.

　　　It is so ORDERED, ADJUGED and DECREED.

Dated:  7/21/09                              _____
　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

STIPULATED JUDGMENT                                                              Case No. C-06-2107-CW
FOR ATTORNEYS FEES AND COSTS